COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Ernest W. Rowden, Ernest Matthew Rowden, and IWS Gas and Supply of Texas, Ltd. v. Coastal Welding Supply, Inc.

Appellate case number:   01-17-00842-CV

Trial court case number:  93436-CV

Trial court:             149th District Court of Brazoria County

Appellants, Ernest W. Rowden, Ernest Matthew Rowden and IWS Gas and Supply of Texas, Ltd., have filed a notice of appeal of the trial court's "Order Granting Temporary Injunction" signed on October 17, 2017. *See* TEX. R. APP. P. 25.1, 26.1(b). The appellate record was due in this Court on November 13, 2017. *See id.* 35.1(b). A clerk's record was filed on November 7, 2017; however, a reporter's record has not been filed.

On December 18, 2018, the Clerk of this Court notified appellants that the court reporter responsible for preparing the reporter's record had informed the Court that appellants had not requested a reporter's record or paid, or made arrangements to pay, for the reporter's record. *See id.* 35.3(b). The Clerk further notified appellants that unless they provided written evidence that they had paid, or made arrangements to pay, for the reporter's record, or provided proof that they are entitled to proceed without payment of costs by December 28, 2017, the Court might consider the appeal without a reporter's record. *See id.* 37.3(c). Appellants have not responded.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.* 37.3(c). **Appellants' brief is due to be filed no later than 20 days from the date of this order.** *See id.* 38.6(a).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                    ☑ Acting individually   ☐ Acting for the Court

Date: February 8, 2018